608 S.E.2d 751 (2005)
359 N.C. 315
TEJAL VYAS, LLC and Dr. P.K. Vyas
v.
CARRIAGE PARK LIMITED PARTNERSHIP, Vilas Development Corp., Ganesan Visvabharathy, and Stonesan Visvabharathy.
No. 513A04.
Supreme Court of North Carolina.
March 4, 2005.
Herring, McBennett, Mills & Finkelstein, P.L.L.C., by Mark A. Finkelstein, Raleigh, for plaintiffs-appellants.
Holt, York, McDarris & High, L.L.P., by Colleen Kochanek and Claudia McClinton, Raleigh, for defendants-appellees.
PER CURIAM.
AFFIRMED.